UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| STEPHEN HANNA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00514-JMS-MJD |
| | ) | |
| VINARDI[1], | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On April 30, 2025, the Court granted Petitioner Stephen Hanna's Petition for a Writ of Habeas Corpus and ordered the Respondent to immediately restore Mr. Hanna's good-time credits and to calculate his new release date. [Filing No. 31.] On August 12, 2025, Mr. Hanna filed a Motion to Notify the Court Pertaining to Order in which he stated that his good-time credits had not yet been restored. [Filing No. 33.] The Court issued an Order to Show Cause on October 28, 2025 to the Respondent, requiring him to show cause why he should not be held in contempt for failing to comply with the Court's April 30, 2025 Order. [Filing No. 34.] On November 12, 2025, the Respondent filed his response to the Order to Show Cause in which he explains why compliance with the April 30, 2025 Order was delayed and provides evidence that Mr. Hanna's good-time credits have now been restored. [Filing No. 35.]

Based on Respondent's response, and because this matter appears to be resolved, [*see* Filing No. 35-3], the Court **DISCHARGES** the October 28, 2025 Order to Show Cause. [Filing No. 34.]

Date: 11/12/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

---

[1] The **CLERK** is **DIRECTED** to change the Respondent's name from "Vanihel" to "Vinardi" pursuant to Fed. R. Civ. P. 25(d), because Keith Vinardi has succeeded Frank Vanihel as the Warden at Wabash Valley Correctional Facility. [*See* Filing No. 35 at 1.]

1

**Distribution via ECF to all counsel of record**

**Distribution via United States Mail to:**

Stephen Hanna
#967422
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old U.S. Hwy. 41
Carlisle, IN 47838